**Ruben FLORES–ROSALES,**
**Plaintiff–Appellant,**

v.

**The GEO GROUP, INCORPORATED,**
**at Rivers Correctional Institution; J.**
**Alexander, Correctional Counselor at**
**Rivers Correctional Institution, Defendants,**

**and**

**Mrs. Vann, Sargeant at Rivers Correctional Institution; Mr. Waterfield,**
**Sargeant at Rivers Correctional Institution; D. Tann, Correctional Officer**
**at Rivers Correctional Institution;**
**Mr. Purnell, Correctional Officer at**
**Rivers Correctional Institution; Rivers Correctional Institution, Defendants–Appellees.**

No. 06–7214.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 14, 2006.

Decided: Dec. 20, 2006.

Ruben Flores–Rosales, Appellant Pro Se. James Redfern Morgan, Jr., Womble, Carlyle, Sandridge & Rice, PLLC, Winston–Salem, North Carolina; Mark Allen Davis, Womble, Carlyle, Sandridge & Rice, PLLC, Raleigh, North Carolina, for Appellees.

Before MICHAEL, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ruben Flores–Rosales appeals the district court's order denying relief on his *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971) action. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Flores–Rosales v. GEO Group, Inc.,* 5:04–ct–000623–H (E.D.N.C. filed Nov. 22, 2004 & entered Dec. 8, 2004; June 7, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid in the decisional process.

*AFFIRMED.*